UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR - 4 2008

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES OF AMERICA, )
           Plaintiff, )
    vs. )   CR-07-143-FVS
)
CALVIN J. MILLER, )   ORDER DEFERRING PROSECUTION
           Defendant. )

THIS MATTER, having come before this Court, the Court finds the Defendant has agreed to comply with the terms and conditions of the Deferred Prosecution Agreement, and has agreed to pay the cost of treatment or of any other conditions of this deferred prosecution; that the Court finds that the Defendant has stipulated to the admissibility of the facts contained in the written police report; that the Defendant has acknowledged the admissibility of the stipulated facts in any criminal hearing on the underlying offense or offenses held subsequent to revocation of the order granting deferred prosecution; that the Defendant's statements were made knowingly and voluntarily; and that the Defendant has knowingly and intelligently waived his trial rights.

NOW THEREFORE, IT IS HEREBY ORDERED:

1. The Defendant is accepted for deferred prosecution;
2. The Defendant shall comply with all the terms and conditions as set forth in the Agreement for Deferred Prosecution;
3. The Defendant shall not be supervised by the United States Probation Office during the deferral period.

_____      03-04-08
United States District Court Judge     Date
         Magistrate

Unsupervised Deferred Prosecution Agreement - 7